IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     Case No. 1:18-cv-1951-CKK |
| | : |
| ERIC P. LESAK, | : |
| GLOBAL RESEARCH, LLC (PA), | : |
| GLOBAL RESEARCH, LLC (NY), | : |
| | : |
| Defendants. | : |
| | : |

## PLAINTIFF'S MOTION FOR FINAL JUDGMENT BY DEFAULT AND FOR MONETARY RELIEF

Pursuant to Rules 54, 55(b), and 58 of the Federal Rules of Civil Procedure ("FRCP"), and for the reasons set forth in the attached Memorandum of Points and Authorities in Support, Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court to enter final judgment by default against Defendant Eric P. Lesak, and Defendants Global Research, LLC (PA) and Global Research, LLC (NY) (collectively, "Global"), on the claims in the Commission's Complaint. Through this motion, the Commission seeks:

1.    A final judgment against Defendant Lesak prohibiting him from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and SEC Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]. , and Sections 17(a)(1) and (3) of the Securities Act of 1933, Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77q(a)(1) and (3)].

2.    A final judgment against Defendants Global Research, LLC (PA) and Global Research, LLC (NY) prohibiting them from violating, directly or indirectly, Section 10(b) of the Exchange Act [15 U.S.C. § 78j(b)] and SEC Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5].

3.      A final judgment against all Defendants requiring them to jointly and severally pay disgorgement of $813,759.68, including prejudgment interest of $46,644.68, and to each pay civil monetary penalties in amount to be determined by the Court pursuant to Section 20(d) of the Securities Act of 1933 [15 U.S.C. § 77t(d)] and/or Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)].

4.      A final judgment barring Defendant Lesak, pursuant to Section 20(g) of the Securities Act [15 U.S.C. §77t(g)(1)] and Section 21(d)(6)(A) of the Exchange Act [15 U.S.C. § 78u(d)(6)(A)], from participating in any offering of penny stocks.

For the Court's convenience, the SEC is filing a Proposed Final Judgment with this Motion.

Date: October 11, 2018

Respectfully submitted,

*/s/ Christian D. H. Schultz*
Christian D. H. Schultz (D.C. Bar # 485557)
Assistant Chief Litigation Counsel
Daniel H. Rubenstein (D.C. Bar # 415853)
Counsel
Patricia Jo
Counsel
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549
(202) 551-4740 (Schultz)
schultzc@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2018, I directed a copy of **Plaintiff's Motion For Final Judgment By Default and For Monetary Relief** to be served on all Defendants by overnight delivery and U.S. Mail at the address where service of the Complaint and Summons was previously effected: 3494 Clifton Blvd, Wantagh, NY 11793.

*/s/ Christian D. H. Schultz*
Christian D. H. Schultz (D.C. Bar # 485557)
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549
(202) 551-4740 (Schultz)
schultzc@sec.gov