UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION

Plaintiff

vs

Civil Action No. 18-1951 (CKK)

ERIC P LESAK, GLOBAL RESEARCH,LLC (PA), GLOBAL RESEARCH, LLC (NY)

Defendant

DEFAULT AND JUDGMENT BY CLERK

It appearing that the above-named defendant has (have) failed to plead or otherwise defend this action though duly served with summons and a copy of the complaint on the **27th** day of **August**, 20**18**, and an affidavit on behalf of the plaintiff having been filed, it is the **9th** day of **September**, 20**18** declared that **Eric P. Lesak, Global Research, LLC (PA), Global Research, LLC (NY)** defendant herein is (are) in default.

WHEREFORE, upon request of the plaintiff and on affidavit of the amount due from the defendant to the plaintiff, judgment for **Securities and Exchange Commission** plaintiff against **Eric P. Lesak, Global Research, LLC (PA), Global Research, LLC (NY)** defendant is entered for **$767,115.00** with interest **$46,644.68** and costs. Lesak shall pay a civil monetary penalty in the amount of $184,767. Global shall pay a civil monetary penalty in the amount of $923,831.

ANGELA D. CAESAR, CLERK

By _____
Deputy Clerk